461 A.2d 197

**COMMONWEALTH of Pennsylvania**

v.

**David WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Argued April 27, 1983.

Decided May 10, 1983.

Reargument Denied July 8, 1983.

Daniel M. Preminger, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Michael Turner, Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Judgment of sentence vacated and record remanded for a new evidentiary hearing on degree of guilt.